AO91 (Rev. 12/03)   Criminal Complaint                                                                    AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas McAllen Division

**UNITED STATES OF AMERICA**
                vs.

**CRIMINAL COMPLAINT**

Case Number: 7:16-po-05244

Marvin Geovani MATEOS-Tipaz
IAE A206 496 793
Guatemala 1988

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **December 22, 2016** in **Hidalgo** County, in the **Southern District Of Texas** defendant(s) did, **Being then and there an alien, did, knowingly and unlawfully enter the United States at a place other than as designated by immigration officers;**

in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

**Marvin Geovani MATEOS-Tipaz was encountered by Border Patrol Agents near La Joya, Texas on December 22, 2016. When questioned as to his citizenship, defendant stated that he was a citizen and national of Guatemala, who had entered the United States illegally on December 22, 2016 by wading across the Rio Grande River near the Hidalgo, Texas Port of Entry.**

**I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

/S/  Garcia, Adolfo  Border Patrol Agent
Signature of Complainant

Garcia, Adolfo    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

December 23, 2016                                           at     McAllen, Texas
Date                                                                          City/State

Peter E Ormsby          U.S. Magistrate Judge
   Name of Judge          Title of Judge                              Signature of Judge